IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: Dewitt Byron Carter
    Debtor(s)

Case No: 16-34476-H2-13

**AMENDED TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN, REQUEST FOR HEARING, AND NOTICE OF HEARING**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

**WILLIAM E. HEITKAMP, TRUSTEE,** opposes the Debtors' Motion to Modify Plan, and requests a hearing thereon, and would show the Court as follows:

- No certificate of service has been filed with the court showing that appropriate notice of the motion and accompanying documents has been given.

- The modified plan is providing for a total of 24 ongoing monthly mortgage payments to be paid during the term of the 25 month plan.

- The proposed modification includes payments to Rushmore Bank and Santander Bank that have already disburse.

- The Debtor has failed to file the most recent plan summary.

Trustee objects to approval of the motion unless the foregoing matters are remedied prior to the hearing.

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays that the Debtors' Motion to Modify Plan be DISALLOWED.

RESPECTFULLY SUBMITTED,

/s/ William E. Heitkamp

WILLIAM E. HEITKAMP, TRUSTEE
ADMISSIONS ID NO. 3857
9821 KATY FREEWAY, SUITE 590
HOUSTON, TX 77024
(713) 722-1200 TELEPHONE
(713) 722-1211 FACSIMILE

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this foregoing document was sent to the Debtor(s), Debtor's Attorney, the U.S. Trustee and all parties requesting notice on or about the time this document was electronically filed with the Clerk on September 05, 2018.

Electronically signed by
William E. Heitkamp, Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, TX 77024
(713) 722-1200